UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Jonathan Schacht,<br><br>Plaintiff,<br><br>v.<br><br>Century International Arms, Inc.<br><br>Defendant. | Civil Action No. 2:26–cv–284 |

**ORDER**

On or before November 6, 2026, Plaintiff Jonathan Schacht and Defendant Century International Arms, Inc. shall return executed their Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 29th day of October 2026.

*/s/ Kevin J. Doyle*
Kevin J. Doyle
United States Magistrate Judge